UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles M. ???, ??-4691
116 North 2nd Street, #204
Camden, NJ 08102
856-757-0550
856-757-9071 - Fax

In Re:
Audrey Fooks
1280 Dayton St
Camden, NJ 08104

Case No.: 19-10796

Judge: ABA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☒ Motion for Relief from the Automatic Stay filed by __Toyota__ creditor.

   A hearing has been scheduled for __6-11-19__ at __10:00__

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____ at _____.

   ☐ Certification of Default filed by _____.

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes (explain your answer):

I am leasing this car. When I filed Bankruptcy they stopped sending bills. I thought I was not supposed to pay if I did not receive a bill. I need my car but I did not save the money for the back payments.

☐ Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion. My payment is only 325.00 p9 month. I am 85 years old.

4. I certify under penalty of perjury that the above is true.

Date: 5-30-19                     _Audray n Fooke_
                                  Debtor's Signature

Date: _____              _____
                                  Debtor's Signature

fill this in

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8 1/15