Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10796−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Audrey M. Fooks
   1280 Dayton Street
   Camden, NJ 08104

Social Security No.:
   xxx−xx−7570

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [x] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: May 12, 2022
JAN: eag

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Audrey M. Fooks  
    Debtor

Case No. 19-10796-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 12, 2022      Form ID: cscnodsc      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audrey M. Fooks, 1280 Dayton Street, Camden, NJ 08104-2014 |
| 517967390 | + | Brinks Home Security, P.O. Box 814530, Dallas, TX 75381-4530 |
| 517981536 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517984746 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 517967399 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 517967398 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 517967400 | + | Gary C. Zeitz, LLC, 1101 Laurel Oak Road Suite 170, Voorhees, NJ 08043-4381 |
| 517967403 | + | Pro Cap III, LLC/US Bank, c/o Gary C. Zeitz, LLC, 1101 Laurel Oak Road Suite 170, Voorhees, NJ 08043-4381 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 12 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 12 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517967389 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 12 2022 20:33:00 | Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 518132189 | + | Email/Text: documentfiling@lciinc.com | May 12 2022 20:33:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517967391 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2022 20:34:00 | Comenitybank/jesslondn, Po Box 182789, Columbus, OH 43218-2789 |
| 517967392 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2022 20:34:00 | Comenitybk/bedford, Po Box 182789, Columbus, OH 43218-2789 |
| 517967393 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2022 20:34:00 | Comenitycb/blair, Po Box 182120, Columbus, OH 43218-2120 |
| 517967394 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2022 20:34:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 517967395 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2022 20:34:00 | Comenitycb/hlthplan, Po Box 182120, Columbus, OH 43218-2120 |
| 517967396 | + | Email/PDF: creditonebknotifications@resurgent.com | May 12 2022 20:46:48 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517967397 | + | Email/Text: bankruptcynotices@dcicollect.com | May 12 2022 20:34:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 517984746 | | Email/Text: collecadminbankruptcy@fnni.com | May 12 2022 20:34:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517967399 | | Email/Text: collecadminbankruptcy@fnni.com | May 12 2022 20:34:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 517974062 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2022 20:47:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517967401 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2022 20:46:50 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518030480 | | Email/Text: perituspendrick@peritusservices.com | May 12 2022 20:33:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 517967402 | | Email/Text: info@phoenixfinancialsvcs.com | May 12 2022 20:33:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 518049162 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 12 2022 20:34:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518797189 | | Email/PDF: bncnotices@becket-lee.com | May 12 2022 20:36:41 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517967404 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 12 2022 20:34:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518122111 | + | Email/PDF: ebn_ais@aisinfo.com | May 12 2022 20:46:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517967405 | + | Email/PDF: DellBKNotifications@resurgent.com | May 12 2022 20:46:49 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518012824 | | US Bank Cust for Pro Cap III, LLC |
| 518012828 | | US Bank Cust/Pro Cap III, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Izzo | on behalf of Debtor Audrey M. Fooks cminj2001@yahoo.com izzocr79754@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: May 12, 2022 Form ID: cscnodsc Total Noticed: 28

| | |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust/Pro Cap III LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7